IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH HENSLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:22-CV-150 |
| GOVERNOR TOM WOLF, et al, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on September 9, 2022. The matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On January 13, 2023, Magistrate Judge Lanzillo screened the pro se complaint and issued a Report and Recommendation recommending that Defendants Pennsylvania Governor Tom Wolf, Secretary of Corrections George Little, and SCI Houtzdale Superintendent Kleinfelter be dismissed from this action. ECF No. 8. As of today's date, no objections have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the complaint in the case, together with the report and recommendation, the following order is entered:

1

AND NOW, this 1st day of February, 2023;

IT IS ORDERED that Defendants Wolf, Little, and Kleinfelter be dismissed from this action, with prejudice, based on their lack of personal involvement.

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on January 13, 2023 [ECF No. 8] is adopted as the opinion of the court.

The Court will direct service on the remaining Defendants by separate Order.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge